```
1   GREGORY N. KARASIK
    KARASIK LAW FIRM
2   11835 W. Olympic Blvd., Suite 1275
    Los Angeles, CA 90064
3   Tel: 310-312-6800
    Fax: 310-943-2582
4   Email: greg@karasiklawfirm.com
5
    Attorneys for Plaintiff
6

7   ANDREA M. KIMBALL (State Bar No. 196485)
    SNR DENTON US LLP
8   4520 Main Street, Suite 1100
    Kansas City, Missouri 64111-7700
9   Telephone:    (816) 460-2400
    Facsimile:    (816) 531-7545
10  Email: andrea.kimball@snrdenton.com

11  MARIE LEGGON WRIGHTEN (State Bar No. 167221)
    VIRGINIA K. YOUNG (State Bar No. 174384)
12  SNR DENTON US LLP
    601 South Figueroa Street, Suite 2500
13  Los Angeles, California 90017-5704
    Telephone:    (213) 623-9300
14  Facsimile:    (213) 623-9924
    Email: marie.wrighten@snrdenton.com
15         virginia.young@snrdenton.com

16  Attorneys for Defendant
    WIRELESS LIFESTYLE, INC.
17
```

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN MARTINEZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WIRELESS LIFESTYLE, INC.; and DOES 1 through 10,<br><br>Defendant. | No. 3:11-cv-05132-CRB<br><br>CLASS ACTION<br><br>**STIPULATION & [~~PROPOSED~~ ORDER] TO CONTINUE ORAL ARGUMENT AND STAY THIS COURT'S RULING ON PLAINTIFF'S MOTION FOR REMAND UNTIL JUNE 15, 2012**<br><br>Date Filed: September 19, 2011<br>Removal:    October 19, 2011<br>Trial Date:  None<br>JUDGE:      HON. CHARLES R. BREYER |

**STIPULATION & [PROPOSED ORDER] TO CONTINUE ORAL ARGUMENT AND STAY THIS COURT'S RULING ON *PLAINTIFF'S MOTION TO REMAND* UNTIL JUNE 15, 2012**
Case No. 3:11-cv-05132-CRB

Case 4:12-cv-00773-ODS   Document 36   Filed 03/01/12   Page 1 of 4

This Stipulation and [proposed] Order is entered into by Plaintiffs YASMIN MARTINEZ ("Plaintiff") and Defendant WIRELESS LIFESTYLE, INC. ("Defendant") (hereinafter the "Parties") as follows:

WHEREAS, on September 19, 2011, Plaintiffs filed the instant proposed wage and hour class action against Defendant;

WHEREAS, on October 19, 2011, Defendant removed the instant action on the grounds that this Court had original federal jurisdiction under 28 U.S.C. § 1332;

WHEREAS, Plaintiffs filed a *Motion to Remand* on November 1, 2011, and a decision on that Motion is currently pending;

WHEREAS oral argument on *Plaintiffs' Motion to Remand* was stayed pending the resolution of Wireless Lifestyle's motion to transfer to a multi-district litigation ("MDL")for centralized pretrial proceedings;

WHEREAS oral argument on *Plaintiffs' Motion to Remand* has not yet been re-scheduled;

WHEREAS the Parties have agreed to engage in a global mediation that, in addition to the Parties to the instant Action, also includes the plaintiffs in the following three putative wage and hour actions pending against Defendant in various judicial districts in California and Missouri: *Frazier v. Wireless Lifestyle, Inc.*, 3:11-cv-05192-MMC; *Coleman v. Wireless Lifestyle Inc.*, 5:11-cv-01727-RGK-AJW; *White v. Pasha Distribution Corp.*, 4:11-cv-00975-ODS;

WHEREAS the Parties have agreed to use their best efforts to complete mediation no later than May 24, 2012;

WHEREAS the Parties shall promptly notify this Court after the conclusion of the mediation whether a settlement was reached;

WHEREAS the instant Stipulation is contingent upon the occurrence of the mediation set forth herein, the Parties reserve the right to request that the Court reset a hearing on *Plaintiffs' Motion to Remand* for a date earlier than June 15, 2012 in the event that the anticipated mediation does not occur;

IT IS HEREBY STIPULATED that the Court enter an order continuing oral argument and staying a ruling on Plaintiffs' Motion to Remand until June 15, 2012.

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

Dated: February 28, 2012

By: /s/ Gregory N. Karasik
Gregory N. Karasik

*Attorneys for Plaintiff*
*Yasmin Martinez*

Dated: February 28, 2012

SNR DENTON US LLP

By: /s/ Marie Leggon Wrighten
Marie Leggon Wrighten

*Attorneys for Defendant*
*Wireless Lifestyle, Inc.*

# [~~PROPOSED~~] ORDER

The Court, having considered the stipulation of the Parties, hereby orders the matter shall be continued until June 15, 2012 and that a ruling on Plaintiffs' Motion shall issue after that date.

Dated: February 29, 2012

Hon. Charles R. Breyer
United States District court Judge



IT IS SO ORDERED
Judge Charles R. Breyer

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

3
STIPULATION & [PROPOSED ORDER] TO CONTINUE ORAL ARGUMENT AND STAY THIS COURT'S RULING ON *PLAINTIFF'S MOTION TO REMAND* UNTIL JUNE 15, 2012
Case No. 3:11-cv-05132-CRB

Case 4:12-cv-00773-ODS   Document 36   Filed 03/01/12   Page 3 of 4

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 2500, Los Angeles, California 90017.

I hereby certify that on February 28, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following parties:

| | |
|---|---|
| Sahag Majarian II | Gregory N. Karasik |
| Law Office of Sahag Majarian II | Karasik Law Firm |
| 18250 Ventura Blvd. | 11835 W. Olympic Blvd., Suite 1275 |
| Tarzana, CA 91356 | Los Angeles, CA 90064 |
| Tel: 818-609-0807 | Tel: 310-312-6800 |
| Fax: 818-609-0892 | Fax: 310-943-2582 |
| Email: sahagii@aol.com | Email: greg@karasiklawfirm.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2012 at Los Angeles, California.

_____
JoAn Mack

4
STIPULATION & [PROPOSED ORDER] TO CONTINUE ORAL ARGUMENT AND STAY THIS COURT'S RULING ON *PLAINTIFF'S MOTION TO REMAND* UNTIL JUNE 15, 2012
Case No. 3:11-cv-05132-CRB