UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN MARTINEZ,<br><br>　　　　Plaintiff<br><br>vs.<br><br>WIRELESS LIFESTYLE, INC; et. al.<br><br>　　　　Defendants. | Case No.  CV11-05132 CRB<br><br>[~~proposed~~] **ORDER RE STAY OF REMAND MOTION AND TRANSFER FOR PURPOSES OF GLOBAL CLASS ACTION SETTLEMENT APPROVAL** |

Good cause having been shown, the parties' Stipulation re Stay of Remand Motion and Transfer for Purposes of Global Class Action Settlement Approval is hereby APPROVED and it is hereby ORDERED that:

1.　The hearing on Plaintiff's motion for remand scheduled for July 13, 2012 is hereby vacated and Plaintiff's motion for remand is hereby stayed; and

2.　Pursuant to 28 U.S.C. § 1404, the instant action is transferred to the Western District of Missouri for the purposes of settlement approval proceedings with respect to the global class action settlement reached by the parties in the below listed actions:

- *Martinez v. Wireless Lifestyle, Inc.*, United States District Court for the Northern District of California, Case No.3: 11-05132-CRB, filed on September 13, 2011;
- *Frazier et at. v. Wireless Lifestyle, Inc.*, United States District Court for the Northern District of California, Case No.3: ll-cv-05192-MMC, filed on September 20, 2011;

- *Coleman v. Wireless Lifestyle, Inc.*, United States District Court for the Central District of California, Case No. 5:11-cv-01727-RGK, filed on September 26, 2011;

- *White v. Pasha Distribution Corporation d/b/a Wireless Lifestyle*, United States District Court for the Western District of Missouri, Case No. 4:11-cv-00975, filed on September 26, 2011;

- *Ahmed v. Pasha Distribution d/b/a/ Sprint Wireless Lifestyle*, United States District Court for the Western District of Missouri, Case No. 4:12-cv-00437, filed on April 16, 2012.

IT IS SO ORDERED

Dated: June 22, 2012



2
[proposed] ORDER RE STAY OF REMAND MOTION AND TRANSFER